UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALBERT ALIBERTI and MURIEL ALIBERTI,

                Plaintiffs,

        - against -

TOWN OF BROOKHAVEN, TOWN OF
BROOKHAVEN ZONING BOARD OF APPEALS,
TERRY KARL (in his individual and official capacity),
MARVIN COLSON (in his individual and official
capacity), PAUL M. DeCHANCE (in his individual
and official capacity), KERRY PERIGUINI (in his
individual and official capacity), EDWARD MORRIS
(in his individual and official capacity), JAMES
WISDOM (in his individual and official capacity),
and MICHAEL SCHAFFER (in his individual and
official capacity),

                Defendants.
-----------------------------------------------------------------X

**JUDGMENT**

CV-08-5185 (TCP)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JAN 27 2012 ★
LONG ISLAND OFFICE

    A Memorandum and Order of Honorable Thomas C. Platt, United States District Judge, having been filed on June 27, 2012, granting Defendants' motion for summary judgment as to Plaintiff's Equal Protection claim, dismissing Plaintiffs' complaint, and directing the Clerk of Court to close this case, it is

    **ORDERED AND ADJUDGED** that Plaintiffs take nothing of Defendants; that Defendants' motion for summary judgment as to Plaintiff's Equal Protection claim is granted; that Plaintiffs' complaint is dismissed; and that this case is hereby closed.

Dated: Central Islip, New York
        June 27, 2012

                                          DOUGLAS C. PALMER
                                          CLERK OF THE COURT

                          By:    /s/ Catherine Vukovich
                                Deputy Clerk